IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | * Civil No. JFM-07-1801 |
| v. | * Criminal No. JFM-02-0201 |
| | * |
| RONALD EDDIE | * |

*****

## MEMORANDUM

Ronald Eddie has filed a motion under 28 U.S.C. §2255.

In his motion Eddie raises issues similar to those raised in §2255 motions filed by James Gross, Sr., and James Gross, Jr. The issues raised by the Gross' are frivolous, and I am today issuing memoranda and orders denying their §2255 motions. A similar memorandum and order in this action may be appropriate as well.

However, I am somewhat concerned that Eddie may not have received appropriate representation from his trial counsel. Accordingly, I will defer ruling upon his motion and instead enter an order directing that counsel be appointed to represent him in this §2255 proceeding.

Date: August 26, 2008

J. Frederick Motz
United States District Judge